IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD TREVINO TAMEZ,** | Case No. 1:16-cv-01314-LJO-SKO HC |
| Petitioner, | **ORDER GRANTING RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME** |
| v. | |
| **RAYMOND MADDEN, Warden,** | |
| Respondent. | |

Respondent having moved for an extension of time, and good cause appearing, Respondent shall have an additional THIRTY (30) days, to and including December 8, 2016, to complete and file a responsive brief.

IT IS SO ORDERED.

Dated:   **November 9, 2016**                    /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE